**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 09-1381

DAVID HUGH ROBERTS,

                Debtor - Appellant,

        v.

CHERYL ANN CREIGHTON; EDWARD A. DERENBERGER,

                Defendants – Appellees,

        and

BRIAN A. GOLDMAN,

                Trustee.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   Benson Everett Legg, Chief District
Judge.  (1:08-cv-01775-BEL; BK-95-51301; AP-08-00233)

Submitted: August 26, 2009          Decided: September 1, 2009

Before TRAXLER, Chief Judge, and GREGORY and SHEDD, Circuit
Judges.

Affirmed by unpublished per curiam opinion.

David Hugh Roberts, Appellant Pro Se.   Edward A. Derenberger,
Appellee Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Hugh Roberts appeals from the district court's order affirming the bankruptcy court's orders denying his motion to reopen his bankruptcy case and to remove a proceeding from state court. We have reviewed the records and decisions of the bankruptcy court and the district court and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Roberts v. Creighton, Nos. 1:08-cv-01775-BEL; BK-95-51301; AP-08-00233 (D. Md. Feb. 27, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED